# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

**MANDATE**

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of December, two thousand and fifteen.

Before:   José A. Cabranes,
          Susan L. Carney,
          Christopher F. Droney,
              *Circuit Judge*s.

United States of America,

   Appellee,

v.

Kenneth L. Miller,

   Defendant - Appellant.

**JUDGMENT**
Docket No. 13-822

The appeal in the above captioned case from a final judgment of the United States District Court for the District of Vermont was argued on the district court's record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court is AFFIRMED.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 02/01/2016