UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA ] | |
| v. ] | Criminal No. 2:11-CR-161-01 |
| KENNETH MILLER ] | |

<u>ORDER</u>

    On March 4, 2013, this Court granted defendant's motion to stay sentence pending appeal. Defendant was released on the same terms and conditions as originally imposed pending appeal. On February 1, 2016 the mandate of the United States Court of Appeals issued ordering that the judgment of the District Court was affirmed. Defendant Kenneth Miller is hereby ordered to self-surrender to the facility designated by the Bureau of Prisons by 2:00 p.m. on Tuesday, March 1, 2016.

    Dated at Burlington, in the District of Vermont, this 2nd day of February, 2016.

/s/ William K. Sessions III
William K. Sessions III
District Court Judge